**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 02-7570**

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

LENZIE LEE MURRAY, JR.,

                              Defendant - Appellant.


Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  James C. Cacheris, Senior
District Judge.  (CR-96-157)


Submitted:  December 16, 2002      Decided:  December 23, 2002


Before LUTTIG, MICHAEL, and MOTZ, Circuit Judges.


Affirmed by unpublished per curiam opinion.


Lenzie Lee Murray, Jr., Appellant Pro Se.


Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Lenzie Lee Murray, Jr., appeals the district court's order denying his "Motion to Petition Unconstitutional Imposed Sentence Pursuant to <u>Ring v. Arizona</u>." We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning stated by the district court. <u>See</u> <u>United States v. Murray</u>, No. CR-96-157 (E.D. Va. filed Sept. 26, 2002 & entered Sept. 27, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>